IN THE CIRCUIT COURT OF GENEVA COUNTY, ALABAMA

| | |
|---|---|
| HORACE BEAGLES,<br><br>    Plaintiff,<br><br>VS.<br><br>AUTO-OWNERS INSURANCE,<br>A through D, being those individuals<br>and/or entities whose names are/or<br>identities are presently unknown but<br>who are liable for damages owed to<br>Plaintiff and whose names will be<br>substituted and added by amendment<br>when ascertained and E through H, being<br>those insurance companies whose names<br>and/or identities are presently unknown<br>but who are liable for damages owed to<br>Plaintiff and whose names will be<br>substituted and added by amendment<br>when ascertained.<br><br>    Defendant. | CASE NO: CV-05- 9 /6<br><br>**FILED IN OFFICE**<br><br>JUL 0 1 2005<br><br>_Dale Lay_<br>CLERK |

## COMPLAINT

*(Jurisdiction)*

1.   Plaintiff, Horace Beagles is an individual over the age of 19 years and residing in Geneva County, Alabama.

2.   Defendant, Auto-Owners Insurance, is a Michigan corporation, authorized to conduct business in the State of Alabama, with its registered agent, Drew Klasing, located at 5915 Carmichael Road, Montgomery, Alabama 36117. The Defendant is in the business of providing insurance in the State of Alabama.

3. Defendants, A through H, are fictitiously named defendants whose names are presently unknown to the Plaintiff and who are liable for damages owed to Plaintiff. The Plaintiff will add those defendants by amendment once their identities are known.

*(Statement of Facts)*

4. Plaintiff restates all preceding paragraphs as if specifically set out herein.

5. Plaintiff's home owner's insurance on his home located at 204 North Broad Street, Samson, Alabama became effective on the 8th day of August, 2004.

6. On the 16th day of September, 2004, Plaintiff's home located at 204 North Broad Street, Samson, Alabama, was damaged by Hurricane Ivan.

7. The roof of Plaintiff's home suffered extensive wind damage.

8. Due to the damage to the roof, the ceilings in the living room, 2 bedrooms, kitchen, dining room and bathroom were damaged.

9. Further, the drywall was also damaged due to the roof's damage.

10. The excessive winds of the hurricane caused damage to the foundation of Plaintiff's home in that the foundation shifted.

11. In addition to the above-mentioned damages, there is extensive cosmetic damage to Plaintiff's home.

12. On or about the 12th day of October, 2004, an adjuster from Defendant's company came to the Plaintiff's home and inspected the damages from the storm.

## COUNT I
*(Breach of Contract)*

13. Plaintiff restates all preceding paragraphs as if specifically set out herein.

14. Plaintiff and Defendant entered into a contract on or about the 8th day of August, 2004 wherein Defendant would provide home insurance coverage to Plaintiff upon payment of premiums by Plaintiff.

15. Plaintiff fulfilled his part of said contract by paying said insurance premiums.

16. Defendant failed to perform its portion of the contract in that reasonable coverage was not provided to Plaintiff when Hurricane Ivan damaged his home.

17. Due to Defendants failure to perform its portion of said contract, Plaintiff has suffered in that he has lost the enjoyment of his home and has incurred higher utility bills.

18. **WHEREFORE**, premises considered, Plaintiff claims judgment in the amount of Fifty Thousand ($50,000.00) Dollars for compensatory and punitive damages plus interest and costs.

## COUNT II
*(Specific Performance)*

19. Plaintiff restates all preceding paragraphs as if specifically set out herein.

20. Plaintiff avers that on the 8th day of August 2004, Plaintiff and Defendant entered into a written contract, wherein Defendant would provide house insurance coverage to Plaintiff upon payment of premiums.

21. Plaintiff avers that Plaintiff timely tendered the premiums to Defendant and relied upon the promise that Defendant would fulfill its part of said contract by insuring the subject premises.

22.   Plaintiff avers that Plaintiff continues to pay the monthly premiums, while Defendant has not performed its part of the contract.

**WHEREFORE,** Plaintiff demands judgment that Defendant be required to specifically perform the contract and for damages.

### COUNT III
*(Bad Faith)*

23.   Plaintiff restates all preceding paragraphs as if specifically set out herein.

24.   Plaintiff avers that the named Defendant and fictitious Defendants established with Plaintiff a fiduciary duty as insurer for the payment of insurance benefits. The named Defendants and fictitious Defendants acted in bad faith in denying the claim of Plaintiff and did not have an arguable or legitimate reason in law or fact for denying Plaintiff's claim, or otherwise failed to determine whether there was an arguable or legitimate reason.

25.   Plaintiff avers that as a proximate consequence of the bad faith of Defendants, Plaintiff was caused to suffer emotional and mental distress. He has been embarrassed, humiliated and otherwise injured.

**WHEREFORE,** premises considered, Plaintiff claims judgment in the amount of Fifty Thousand ($50,000.00) Dollars for compensatory and punitive damages plus interest and costs.

**RESPECTFULLY** submitted this the ____ day of _____, 2005.

David J. Harrison, HAR149
Attorney for Plaintiff
P.O. Box 994
Geneva, Alabama 36340
(334) 684-8729

)                                                  )

## JURY DEMAND

Plaintiff hereby demands trial by struck jury.

_____
David J. Harrison

## VERIFICATION

STATE OF ALABAMA

COUNTY OF GENEVA

Before me, the undersigned authority, a Notary Public in and for said County, in said State, personally appeared Horace Beagles, who being by me first duly sworn, deposes and says as follows:

My name is Horace Beagles and I am the Plaintiff in the above-styled cause. I have read over the Complaint as prepared by my attorney and the allegations set forth therein are true and correct according to my information, knowledge and belief.

_____
Horace Beagles

SWORN to and SUBSCRIBED before me on this the 11th day of May, 2005.

_____
Notary Public
My Commission Expires: 3/11/06

Serve Defendant at:
Drew Klasing
5915 Carmichael Road
Montgomery, Alabama 36117