IN THE CIRCUIT COURT OF
GENEVA COUNTY, ALABAMA

| | |
|---|---|
| HORACE BEAGLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: CV-05-96 |
| ) | |
| AUTO-OWNERS INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO:

Hon. Gale Laye
Geneva County Circuit Clerk
200 N. Commerce Street
P.O. Box 86
Geneva, AL 36340-0086

Hon. David J. Harrison
600 W. Magnolia Avenue
P.O. Box 994
Geneva, AL 36340

Please take notice that Defendant Auto-Owners Insurance Company has on this date filed its Notice of Removal, a true and correct copy of which is attached hereto as Exhibit "A", in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Southern Division at Montgomery, Alabama.

Dated this the 11th day of October, 2005.

_____
ROGER S. MORROW (MOR032)

                                                                         _____
                                                                         JOEL H. PEARSON(PEA019)
                                                                         Attorneys for Defendant
                                                                         Auto-Owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P. C.
122 South Hull Street
P. O. Box 4804
Montgomery, Alabama 36103-4804
Telephone:  (334) 262-7707
Facsimile:   (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the _11th_ day of _October_, 2005.

Hon. Gale Laye
Geneva County Circuit Clerk
200 N. Commerce Street
P.O. Box 86
Geneva, AL 36340-0086

Hon. David J. Harrison
600 W. Magnolia Avenue
P.O. Box 994
Geneva, AL 36340

                                                                         _____
                                                                         OF COUNSEL