IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 OCT 11  A 10: 24
DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| HORACE BEAGLES, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 1:05CV0969-B |
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| Defendant. | ) |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**COMES NOW**, Defendant, Auto-Owners Insurance Company, and files its corporate disclosure statement of all parent companies, subsidiaries and affiliates. Auto-Owners Insurance Company is a mutual insurance company incorporated under the laws of the State of Michigan with its principal place of business in the State of Michigan. Affiliated companies include Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Owners Insurance Company, Property-Owners Insurance Company, and Southern-Owners Insurance Company. None are publically traded companies.

Dated this the 11th day of October, 2005.

_____
ROGER S. MORROW (MOR032)

_____
JOEL H. PEARSON (PEA019)
**Attorneys for Defendant
Auto-Owners Insurance Company**

OF COUNSEL:

MORROW, ROMINE & PEARSON, P. C.
122 South Hull Street
P. O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the 11th day of October, 2005.

Hon. David J. Harrison
600 W. Magnolia Avenue
P.O. Box 994
Geneva, AL 36340
(Fax No.: 334-684-8729)

_____
OF COUNSEL