IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HORACE BEAGLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 1:05-cv-00969-MEF |
| ) | |
| AUTO-OWNERS INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

RECEIVED 2005 NOV 21 P 2: 38
DISTRICT COURT
MIDDLE DISTRICT AL

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by counsel for the parties for the purposes of making the following report to the Court:

   A. For The Plaintiff, Horace Beagles:

   David J. Harrison
   P.O. Box 994
   Geneva, AL 36340

   B. For The Defendant, Auto-Owners Insurance Company:

   Roger S. Morrow
   Joel H. Pearson
   Morrow, Romine & Pearson, P.C.
   122 South Hull Street
   P.O. Box 4804
   Montgomery, Alabama 36103-4804

2. Pre-Discovery Disclosures. The parties will exchange by December 20, 2005 the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

   Discovery will generally be needed on all aspects of the claims and damages

alleged by the Plaintiff and regarding the insurance policy and claim which are the subject of this action.

All discovery commenced in time to be completed by June 30, 2006.

Maximum of 45 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 45 requests for production of documents by each party to another party. Responses due 30 days after service.

Maximum of 20 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 8 depositions (excluding experts) by plaintiff and 8 by defendant unless otherwise agreed by the parties. Each deposition is limited to a maximum of 8 hours unless extended by agreement of the parties.

Reports from retained experts under Rule26(a)(2) due:

from plaintiff(s) by March 1, 2006.

from defendant(s) by May 1, 2006.

Any party shall be allowed thirty days in which to identify rebuttal expert(s) following the identification of expert witness(es) by another party.

4. Other Items.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in September, 2006.

Plaintiff shall be allowed until January 16, 2006 to join additional parties and amend the pleadings.

All potentially dispositive motions should be filed by July 4, 2006.

Settlement may be enhanced by the use of alternative dispute resolution procedures, but cannot be evaluated until the completion of discovery on June 30, 2006.

Final lists of witnesses (excluding experts) and exhibits under Rule 26(a)(3) due by no later than 30 days prior to trial.

Parties shall have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

This action should be ready for trial by October 2, 2006, and at this time is expected to take approximately two days.

Date: November 21, 2005

_____
ROGER S. MORROW (MOR032)
JOEL H. PEARSON (PEA019)
Attorneys for Defendant, Auto-Owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile: (334) 262-7742

_____
DAVID J. HARRISON (HAR149)
Attorney for Plaintiff, Horace Beagles

OF COUNSEL:

P.O. Box 994
Geneva, AL 36340
Telephone: (334) 684-8729
Facsimile: (334) 684-8729

3