IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HORACE BEAGLES, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: 1:05-cv-969-MEF |
| AUTO-OWNERS INSURANCE COMPANY, ) | |
| Defendant. ) | |

RECEIVED 2006 JUN 23 P 4: 04
A. P. HACKETT
DISTRICT COURT
MIDDLE DISTRICT ALA

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Horace Beagles, and Defendant, Auto-Owners Insurance Company, by and through the undersigned counsel, and hereby stipulate and move this Court that this action, Plaintiff's complaint, and all claims of the Plaintiff be dismissed, with prejudice, with each party to bear his/its own costs.

Dated this the 23rd day of June, 2006.

_____
DAVID J. HARRISON (HAR149)
Attorney for Plaintiff Horace Beagles

OF COUNSEL:

P.O. BOX 994
Geneva, Alabama 36340
Telephone: (334) 684-8729
Facsimile: (334) 684-8729

_/s/ Roger S. Morrow_
ROGER S. MORROW (MOR032)
JOEL H. PEARSON (PEA019)
Attorneys for Defendant Auto-owners
Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P. C.
122 South Hull Street
P. O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile:  (334) 262-7742